JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILAH L. DENNIS, | Case No. CV 16-7788-PSG (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| DAWN DAVIDSON, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED without prejudice.

Dated: 10/27/16

_____
HON. PHILIP S. GUTIERREZ
United States District Judge